**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| TREMONTI L. PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-00115-HEA |
| | ) |
| KAREY L. WITTY, et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for determining the appellant's in forma pauperis status and assessing the appellate filing fee in accordance with *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997). Because the Court does not have a certified copy of plaintiff's prison account statement for the last six months, it will order plaintiff to provide one within thirty days. If plaintiff fails to provide his prison account statement within thirty days, the Court will calculate the initial appellate partial filing fee at a reasonable amount as warranted by available information. *Henderson*, 129 F.3d at 485.

Accordingly,

**IT IS HEREBY ORDERED** that within thirty days of the date of this Order, plaintiff shall file in this Court a certified copy of his prison account statement for the last six months.

**IT IS FURTHER ORDERED** that if plaintiff does not file a certified copy of his prison account statement, the Court will calculate an initial appellate partial filing fee based on the available information.

Dated this 13th day of March, 2023.

                                              HENRY EDWARD AUTREY
                                              UNITED STATES DISTRICT JUDGE